UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.J., <br>            *Petitioner,* <br><br> v. <br><br> Leonard ODDO, et al., <br><br>            *Respondents.* | Civil Action No. 3:25-cv-00561 <br><br> PATRICIA L. DODGE <br> U.S. Magistrate Judge |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(ii).**

WHEREAS, on December 23, 2025, Petitioner S.J. filed a Petition for a Writ of Habeas Corpus seeking his release; and

WHEREAS, on February 12, 2026, Respondents released Petitioner S.J. from custody;

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner S.J. and Respondents, jointly and through undersigned counsel, hereby give notice that the above-captioned case is voluntarily dismissed, without prejudice.

New York, NY
March 3, 2026

                                                               */s/ Allison Wilkinson*____
                                                               Allison Wilkinson
                                                              DAVIS POLK & WARDWELL LLP
                                                              450 Lexington Avenue
                                                              New York, New York 10017
                                                              (212)-450-4186
                                                              allison.wilkinson@davispolk.com
                                                              NY 5302971

                                                              */s/ Samantha Stewart*___
                                                              Samantha Stewart
                                                              Assistant U.S. Attorney
                                                              Western District of Pennsylvania
                                                              700 Grant Street, Suite 4000
                                                              Pittsburgh, PA 15219
                                                              Tel.: (412) 894-7562

Fax: (412) 644-6995
Samantha.stewart@usdoj.gov
PA ID No. 310068

AND NOW, this 5th day of March, 2026,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE